IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIBERTY STATE BENEFITS OF DELAWARE, INC., *et al.*,<br><br>              Debtors. | Chapter 11<br>Case No. 11-12404 (KG) |
| RICHARD W. BARRY, as Chapter 11 Trustee for the estates of LIBERTY STATE BENEFITS OF DELAWARE, INC., *et al.*, and LIBERTY STATE CREDIT, INC.,<br><br>              Plaintiff,<br>vs.<br><br>ALTERNATIVE FINANCIAL SOLUTIONS, LLC, *et al.,*<br><br>              Defendants. | Adversary No. 12-50378 (KG) |

**ANSWER AND AFFIRMATIVE DEFENSES OF ROBERT DAMERJIAN, JD FEAST ENTERPRISES, INC. AND MICHAEL J. SANTARPIO JR. FAMILY TRUST AND THE MICHAEL J. SANTARPIO JR. IRREVOCABLE TRUST TO CROSSCLAIMS <u>ASSERTED BY OTHER DEFENDANTS</u>**

Defendants Robert Damerjian, JD Feast Enterprises, Inc., the Michael J. Santarpio Jr. Family Trust and the Michael J. Santarpio Jr. Irrevocable Trust (the "Defendants") hereby answer the crossclaims filed by defendants Harry F. Bauer, Mark Berenato, Russell DiBella, Dennis Ferry, James Hanna, John Harris, James Maresca, Anthony R. Thompson, Michael Ginn and Barbara Fleisher (D.I. 47) (the "Bauer Crossclaims") and defendants Alternative Financial Solutions, LLC, Robert Hendricks, Michelle Kee and Betsy J. Hendricks (D.I. 60) (the "AFS Crossclaims") as follows:

    a.    The Defendants hereby deny each and every factual and/or legal allegation for contribution or indemnification contained within the Bauer Crossclaims;

    b.    The Defendants hereby deny each and every factual and/or legal allegation for contribution or indemnification contained within the AFS Crossclaims; and

    c.    The Defendants hereby deny each and every crossclaim asserted by any other defendant in the above captioned adversary proceeding.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses:

A.    Failure to state a claim upon which relief can be granted.

B.    Defendants objects to the inclusion of Defendants in the relief asserted against other wrongdoers.

C.    Setoff.

D.    Recoupment.

E.    Accord and Satisfaction.

F.    Unconscionability.

G.    Equitable estoppel.

H.    Laches.

I.    Unclean Hands.

J.    Volenti Non Fit Injuria.

## RESERVATION OF RIGHTS

Defendants expressly reserves the right to amend this answer by way of adding affirmative defenses, counterclaims, cross-claims and/or third party claims as additional facts are obtained through further investigation and discovery.

WHEREFORE, Defendants respectfully request that judgment be entered in favor of Defendants and that the Court grant Defendants such further relief as this Court deems just and proper.

Dated: May 4, 2012
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Brian Arban**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com

*Attorneys for Defendants*